# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NADIA HENRY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-4945 |
| | : | |
| RADIUS GLOBAL SOLUTIONS, LLC, *et al.* | : | |

## ORDER

**AND NOW**, this 18th day of January 2019, upon considering Defendant's Motion to dismiss (ECF Doc. No. 2), Plaintiff's Opposition and Supplemental Notice (ECF Doc. Nos. 7, 8), Defendant's Reply (ECF Doc. No. 9), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 2) is **DENIED** and Defendants shall answer the Complaint (ECF Doc. No. 1) no later than **February 1, 2019**.

_____
KEARNEY, J.