IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NADIA HENRY** | : **CIVIL ACTION** |
| | : |
| v. | : **NO. 18-4945** |
| | : |
| **RADIUS GLOBAL SOLUTIONS, LLC,** | : |
| *et al.* | : |

# **ORDER**

**AND NOW,** this 2nd day of April 2020, upon reviewing the Defendants' Notice (ECF Doc. No. 46), the Court of Appeals' March 30, 2020 Opinion in *Maureen Riccio v. Sentry Credit, Inc.*, mindful of our April 1, 2019 Order (ECF Doc. No. 32) placing this matter in suspense pending the Court of Appeals' review, and our February 11, 2019 Order (ECF Doc. No. 20), it is **ORDERED**:

1. The Clerk of Court shall remove this case from the Court's suspense docket and place it back in **active** trial status;

2. On or before **April 10, 2020**, the parties shall file a supplemental Rule 26 report consistent with the time provided in the February 11, 2019 Order and assuming the United States Court of Appeals timely issues the mandate in the *Riccio* matter; and,

3. We will hold a status telephonic conference on **April 14, 2020** at **9:00 A.M.** to discuss amending our February 11, 2019 Order setting a schedule for resolving the case. Counsel for Plaintiff shall arrange a conference line and circulate the call-in number and passcode to all counsel and to chambers_of_judge_kearney@paed.uscourts.gov no later than **April 10, 2020**.

                                                                  **KEARNEY, J.**