# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NADIA HENRY** | : **CIVIL ACTION** |
| | : |
| **v.** | : NO. 18-4945 |
| | : |
| **RADIUS GLOBAL SOLUTIONS, LLC,** *et al.* | : |
| | : |

# ORDER

**AND NOW**, this 2nd day of April 2020, upon considering the parties' Stipulation of Dismissal (ECF Doc. No. 48), it is **ORDERED**:

1. This action is **DISMISSED with prejudice** under agreement of counsel and Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and,

2. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**